UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LIN KWOK KEUNG,

                    **Plaintiff,**

    -against-

FULL XING TRADING INC. d/b/a FULL HING
TRADING INC. YANG'S REALTY CORP.,

                    **Defendants.**

------------------------------------------------------------------- x

22-CV-4463 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

    The parties are ordered to provide a Joint Status Report to the Court on or before March 3, 2023.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **February 16, 2023**

                                                                  **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**